UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EMORY G. SNELL, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-11860-RGS |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

STEARNS, District Court Judge.

In accordance with this Court's Memorandum and Order dated December 2, 2004, dismissing the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matter is Dismissed in its entirety.

By the Court

/s/ Rebecca Greenberg
Rebecca Greenberg
Deputy Clerk

December 6, 2004