UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Emory G. Snell, Jr.,
    Plaintiff,

-v-

Amy Owens,
    Defendant.

Civil Action
No. 04-11860 RGS

PLAINTIFF'S MOTION TO PROCEED
IN FORMA PAUPERIS LATE, WHEREAS,
3-STRIKES PLRA NO LONGER APPLYS

Plaintiff, having been denied in forma pauperis, pursuant to 28 USC § 1915(g), due to a prior erroneous filing of 3-strikes previously, insofar as, the documentary evidence exhibited hereto, overwhelmingly and unequivocally demonstrates under the doctrine of accord & satisfaction, that the past estoppel was paid in full, and no longer applicable.

Wherefore, for that reason thereto, and those in the interest of equal justice under law deemed just and fair by this most Honorable Court -- your Plaintiff prays for that above requested relief. So moved.

12 May 2005

DECLARATION
I, declare under pain of perjury that the foregoing is true and correct to the best of my belief and knowledge, pursuant to 28 USC § 1746.

Respectfully submitted,
by, the Plaintiff,

Emory G. Snell, Jr., pro se
P.O. Box 8000
Shirley, MA. 01464

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050505 10:05

Page: 5

| Commit# : | W 59191 | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | SNELL, EMORY, G, JR | Statement From 20030505 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To 20050505 |
| Block : | L |
| Cell/Bed : | 2 /A |




FILED CLERKS OFFICE 2005 MAY 17 A 11: 53 U.S. DISTRICT COURT DISTRICT OF MASS

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050408 16:47 | IS - Interest | 4421805 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $565.36 | $567.18 | $0.00 | $0.00 |

Balance as of ending date:  Personal $0.04    Savings $0.00

Current Balances:

| Personal | Saving | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20050505 10:06

| Commit# : | W59191 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : 1 |
|---|---|---|---|---|---|---|---|
| Name : | SNELL, EMORY, G, JR | | | **Statement From** | 20030505 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | **To** | 20050505 | | |
| Block : | L3 | | | | | | |
| Cell/Bed : | 23 /, | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,140.98 | $1,139.12 | $0.00 | $0.00 |
| 20030509 09:20 | IS - Interest | 1101187 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030509 22:30 | CN - Canteen | 1113078 | | SBCC | ~Canteen Date : 20030509 | $0.00 | $1.76 | $0.00 | $0.00 |
| 20030512 09:07 | ML - Mail | 1113570 | 503 | SBCC | ~Bin Consulting 38 Elm St Wakefield, MA 01880 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030516 22:30 | CN - Canteen | 1136136 | | SBCC | ~Canteen Date : 20030516 | $0.00 | $0.09 | $0.00 | $0.00 |
| 20030523 11:09 | ML - Mail | 1156649 | 504 | SBCC | ~BIN - 38 ELM ST | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030523 22:30 | CN - Canteen | 1161756 | | SBCC | ~Canteen Date : 20030527 | $0.00 | $4.74 | $0.00 | $0.00 |
| 20030530 22:30 | CN - Canteen | 1181572 | | SBCC | ~Canteen Date : 20030530 | $0.00 | $0.27 | $0.00 | $0.00 |
| 20030602 10:25 | ML - Mail | 1182593 | 505 | SBCC | ~BIN - per ck | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030606 22:30 | CN - Canteen | 1214709 | | SBCC | ~Canteen Date : 20030606 | $0.00 | $4.84 | $0.00 | $0.00 |
| 20030609 13:49 | VC - Voided Check | 1216747 | 15299 | SBCC | ~Filing fee #96-12082 GAO~Clerk, US District Court #96-12082 GAO | $8.36 | $0.00 | $0.00 | $0.00 |
| 20030609 13:55 | VC - Voided Check | 1216759 | 15300 | SBCC | ~Filing fee #96-12082 GAO paid in full~Clerk, US District Court #96-12082 GAO | $83.77 | $0.00 | $0.00 | $0.00 |
| 20030609 14:06 | VC - Voided Check | 1216785 | 15302 | SBCC | ~Filing fee payment #98-2047~Clerk, US District Court #98-2047 | $11.23 | $0.00 | $0.00 | $0.00 |
| 20030609 14:13 | VC - Voided Check | 1216811 | 15363 | SBCC | ~Filing fee payment #98-2047~Clerk, US District Court #98-2047 | $2.36 | $0.00 | $0.00 | $0.00 |
| 20030609 14:16 | EX - External Disbursement | 1216825 | 16593 | SBCC | ~MDL #1206 paid in full~Clerk, US District Court of Texas | $0.00 | $105.00 | $0.00 | $0.00 |
| 20030610 09:25 | ML - Mail | 1219378 | 00428305 | SBCC | ~96-12409 REFUND - U.S. DISTRICT COURT | $2.04 | $0.00 | $0.00 | $0.00 |
| 20030610 16:23 | IS - Interest | 1229284 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030611 09:39 | ML - Mail | 1242773 | 506 | SBCC | ~BIN Consulting - per ck | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030613 22:30 | CN - Canteen | 1261505 | | SBCC | ~Canteen Date : 20030613 | $0.00 | $7.58 | $0.00 | $0.00 |
| 20030616 10:15 | ML - Mail | 1262796 | | SBCC | ~BIN Consulting | $6.00 | $0.00 | $0.00 | $0.00 |
| 20030616 10:21 | ML - Mail | 1262864 | 507 | SBCC | ~BIN Consulting - per ck | $10.00 | $0.00 | $0.00 | $0.00 |
| 20030618 15:10 | IC - Transfer from Inmate to Club A/c | 1273247 | | SBCC | ~haircut week of 6/10-6/13~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030620 22:30 | CN - Canteen | 1290496 | | SBCC | ~Canteen Date : 20030620 | $0.00 | $14.59 | $0.00 | $0.00 |
| 20030624 08:32 | ML - Mail | 1295811 | 1856 | SBCC | ~Emory Snell Sr - per ck | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030625 08:35 | ML - Mail | 1300809 | | SBCC | ~BIN Consulting | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030625 11:40 | IC - Transfer from Inmate to Club A/c | 1301822 | | SBCC | ~4th of July photos non-visit~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20030627 10:42 | ML - Mail | 1317684 | | SBCC | ~BIN Consulting | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030627 22:30 | CN - Canteen | 1319751 | | SBCC | ~Canteen Date : 20030627 | $0.00 | $7.60 | $0.00 | $0.00 |
| 20030630 09:54 | ML - Mail | 1320590 | 508 | SBCC | ~BIN CONSULTING | $8.00 | $0.00 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050505 10:06

Page : 2

| Commit# : | W59191 |
| Name : | SNELL, EMORY, G, JR |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL |
| Block : | L3 |
| Cell/Bed : | 23 /A |

SOUZA-BARANOWSKI CORRECTIONAL

Statement From 20030505
To 20050505

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030701 09:10 | ML - Mail | 1324595 | | SBCC | ~Emory Snell Sr | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030701 13:45 | CI - Transfer from Club to Inmate A/c | 1325843 | | SBCC | ~photo refund from 4 of July~W59191 SNELL,EMORY G JR PERSONAL~PHOTO - Z13 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20030702 08:46 | ML - Mail | 1329414 | | SBCC | ~BIN | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030703 22:30 | CN - Canteen | 1345575 | | SBCC | ~Canteen Date : 20030703 | $0.00 | $32.66 | $0.00 | $0.00 |
| 20030707 10:45 | ML - Mail | 1347171 | 509 | SBCC | ~BIN PER-CHK | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030707 12:15 | ML - Mail | 1347704 | | SBCC | ~EMORY SNELL SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030709 09:29 | ML - Mail | 1355960 | | SBCC | ~BIN | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1363053 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030711 22:30 | CN - Canteen | 1390701 | | SBCC | ~Canteen Date : 20030711 | $0.00 | $24.90 | $0.00 | $0.00 |
| 20030714 10:14 | ML - Mail | 1391792 | 510 | SBCC | ~BIN Consulting - per ck | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030715 09:59 | ML - Mail | 1396404 | | SBCC | ~EMORY SNELL SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030716 08:41 | ML - Mail | 1400683 | | SBCC | ~BIN Consulting | $5.00 | $0.00 | $0.00 | $0.00 |
| 20030718 22:30 | CN - Canteen | 1420558 | | SBCC | ~Canteen Date : 20030718 | $0.00 | $2.16 | $0.00 | $0.00 |
| 20030721 10:16 | ML - Mail | 1421619 | 511 | SBCC | ~BIN CONSULTING PER-CHK | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030723 09:42 | ML - Mail | 1430323 | | SBCC | ~EMOREY SNELL SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030725 10:54 | EX - External Disbursement | 1447119 | 17102 | SBCC | ~Investigations/research~BIN,LLC | $0.00 | $30.95 | $0.00 | $0.00 |
| 20030725 22:30 | CN - Canteen | 1449132 | | SBCC | ~Canteen Date : 20030725 | $0.00 | $1.68 | $0.00 | $0.00 |
| 20030801 22:30 | CN - Canteen | 1476449 | | SBCC | ~Canteen Date : 20030801 | $0.00 | $5.66 | $0.00 | $0.00 |
| 20030806 08:33 | ML - Mail | 1486769 | | SBCC | ~E Snell Sr | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030807 15:31 | IS - Interest | 1505802 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030808 22:30 | CN - Canteen | 1521603 | | SBCC | ~Canteen Date : 20030808 | $0.00 | $9.80 | $0.00 | $0.00 |
| 20030812 10:55 | ML - Mail | 1527917 | | SBCC | ~E SNELL SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030815 22:30 | CN - Canteen | 1550569 | | SBCC | ~Canteen Date : 20030815 | $0.00 | $4.04 | $0.00 | $0.00 |
| 20030825 11:21 | ML - Mail | 1581028 | | SBCC | ~E Snell Sr | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030827 09:56 | ML - Mail | 1589402 | | SBCC | ~E. SNELL SR.~SNELL, EMORY, , | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030828 11:47 | EX - External Disbursement | 1601452 | 17495 | SBCC | ~SERVICE ON ACCT #03-10855RCL~BIN, LLC | $0.00 | $12.84 | $0.00 | $0.00 |
| 20030829 22:30 | CN - Canteen | 1606791 | | SBCC | ~Canteen Date : 20030829 | $0.00 | $8.50 | $0.00 | $0.00 |
| 20030903 13:08 | ML - Mail | 1613657 | | SBCC | ~SNELL SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030904 10:58 | EX - External Disbursement | 1625146 | 17562 | SBCC | ~SERVICE~BIN, LLC | $0.00 | $7.19 | $0.00 | $0.00 |
| 20030909 12:57 | ML - Mail | 1637486 | | SBCC | ~SNELL, E | $8.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050505 10:06

| | | | | Page: 3 |
|---|---|---|---|---|
| Commit# : | W59191 | SOUZA-BARANOWSKI CORRECTIONAL | | |
| Name : | SNELL, EMORY, G, JR | Statement From | 20030505 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | To | 20050505 | |
| Block : | L3 | | | |
| Cell/Bed : | 23 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20030910 07:54 | IS - Interest | 1648896 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030916 10:01 | ML - Mail | 1685952 | | SBCC | ~SNELL | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030916 15:46 | EX - External Disbursement | 1686983 | 17748 | SBCC | ~LEGAL~BIN,LLC | $0.00 | $10.00 | $0.00 | $0.00 |
| 20030919 08:32 | EX - External Disbursement | 1705782 | 17803 | SBCC | ~Service of process~Bin, LLC | $0.00 | $8.31 | $0.00 | $0.00 |
| 20030923 09:26 | ML - Mail | 1714670 | | SBCC | ~SNELL | $8.00 | $0.00 | $0.00 | $0.00 |
| 20030925 09:30 | EX - External Disbursement | 1730521 | 17883 | SBCC | ~LEGAL~BIN, LLC | $0.00 | $8.00 | $0.00 | $0.00 |
| 20031007 10:51 | ML - Mail | 1772302 | | SBCC | ~SNELL,SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031008 16:58 | IS - Interest | 1784242 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031014 13:09 | EX - External Disbursement | 1815337 | 18098 | SBCC | ~SERVICE~BIN, LLC | $0.00 | $8.00 | $0.00 | $0.00 |
| 20031021 09:11 | ML - Mail | 1843479 | 1886 | SBCC | ~EMORY SNELL SR | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031029 15:37 | EX - External Disbursement | 1879761 | 18329 | SBCC | ~PERSONAL~BIN,LLC | $0.00 | $8.00 | $0.00 | $0.00 |
| 20031107 16:27 | IS - Interest | 1929244 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031118 09:55 | ML - Mail | 1974080 | | SBCC | ~EG Snell | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031124 14:14 | EX - External Disbursement | 2000588 | 18661 | SBCC | ~SERVICE~BIN,LLC | $0.00 | $8.00 | $0.00 | $0.00 |
| 20031204 09:53 | ML - Mail | 2046600 | | SBCC | ~BIN | $5.00 | $0.00 | $0.00 | $0.00 |
| 20031205 10:05 | ML - Mail | 2051586 | | SBCC | ~BIN | $5.00 | $0.00 | $0.00 | $0.00 |
| 20031205 22:30 | CN - Canteen | 2053904 | | SBCC | ~Canteen Date : 20031205 | $0.00 | $4.26 | $0.00 | $0.00 |
| 20031209 13:40 | IS - Interest | 2065382 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031211 11:08 | ML - Mail | 2091822 | | SBCC | ~BIN | $5.00 | $0.00 | $0.00 | $0.00 |
| 20031212 13:27 | ML - Mail | 2097297 | | SBCC | ~BIN CONSULTING | $10.00 | $0.00 | $0.00 | $0.00 |
| 20031212 22:30 | CN - Canteen | 2099352 | | SBCC | ~Canteen Date : 20031212 | $0.00 | $10.63 | $0.00 | $0.00 |
| 20031217 10:06 | IC - Transfer from Inmate to Club A/c | 2110415 | | SBCC | ~5 pictures ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20031219 10:37 | ML - Mail | 2128603 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031219 10:37 | ML - Mail | 2128612 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031219 22:30 | CN - Canteen | 2132024 | | SBCC | ~Canteen Date : 20031219 | $0.00 | $2.58 | $0.00 | $0.00 |
| 20031224 09:23 | ML - Mail | 2146881 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2150048 | | SBCC | ~Canteen Date : 20031224 | $0.00 | $16.01 | $0.00 | $0.00 |
| 20031231 11:45 | ML - Mail | 2174698 | | SBCC | ~BIN CONSULTING | $8.00 | $0.00 | $0.00 | $0.00 |
| 20031231 11:51 | ML - Mail | 2174731 | | SBCC | ~BIN CONSULTING Z | $8.00 | $0.00 | $0.00 | $0.00 |
| 20040105 13:37 | EX - External Disbursement | 2193337 | 19123 | SBCC | ~FILING FEE FOR DEC 03 03-2233 03-CV-10855~U S DISTRICT COURT 03-2233 | $0.00 | $13.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050505 10:06

| | | | | | | | Page: 4 |
|---|---|---|---|---|---|---|---|
| Commit# : | W59191 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
| Name : | SHELL, EMORY, G, JR | | | Statement From | 20030505 | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050505 | | |
| Block : | L2 | | | | | | |
| Cell/Bed : | 23 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040106 10:27 | ML - Mail | 2197289 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20040106 10:27 | ML - Mail | 2197290 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20040107 09:26 | ML - Mail | 2201673 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20040107 09:27 | ML - Mail | 2201674 | | SBCC | ~BIN | $45.00 | $0.00 | $0.00 | $0.00 |
| 20040109 10:26 | ML - Mail | 2219235 | | SBCC | ~BIN | $45.00 | $0.00 | $0.00 | $0.00 |
| 20040109 22:30 | CN - Canteen | 2221518 | | SBCC | ~Canteen Date : 20040109 | $0.00 | $64.84 | $0.00 | $0.00 |
| 20040112 10:58 | ML - Mail | 2222991 | | SBCC | ~BIN | $8.00 | $0.00 | $0.00 | $0.00 |
| 20040113 12:05 | IS - Interest | 2232813 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040116 22:30 | CN - Canteen | 2265895 | | SBCC | ~Canteen Date : 20040116 | $0.00 | $64.85 | $0.00 | $0.00 |
| 20040210 11:39 | IS - Interest | 2362353 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2493721 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2654268 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2798560 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2928301 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3076247 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3210258 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3336453 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3501693 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3647406 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041116 09:45 | ML - Mail | 3681899 | | SBCC | ~WALL STREET JOURNAL | $1.00 | $0.00 | $0.00 | $0.00 |
| 20041116 09:45 | MA - Maintenance and Administration | 3681900 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3780505 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3981612 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050202 10:49 | ML - Mail | 4072184 | 295858 | SBCC | ~GRIEVANCE AWARD | $33.00 | $0.00 | $0.00 | $0.00 |
| 20050202 10:49 | MA - Maintenance and Administration | 4072185 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050209 12:43 | IC - Transfer from Inmate to Club A/c | 4106230 | | SBCC | ~photos~PHOTO - Z13~PHOTO - Z13 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4110721 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050210 13:58 | EX - External Disbursement | 4134579 | 24641 | SBCC | ~FILING FEE FOR JAN. 04~U.S. DISTRICT COURT 03-CV-10855 | $0.00 | $24.40 | $0.00 | $0.00 |
| 20050211 22:30 | CN - Canteen | 4141190 | | SBCC | ~Canteen Date : 20050211 | $0.00 | $8.55 | $0.00 | $0.00 |
| 20050218 22:30 | CN - Canteen | 4172886 | | SBCC | ~Canteen Date : 20050218 | $0.00 | $0.90 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4281841 | | SBCC | | $0.02 | $0.00 | $0.00 | $0.00 |